# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Derek N. Beck, an individual, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Triad Energy Services, LLC, a ) | |
| Louisiana LLC, ) | Case No. 1:16-cv-102 |
| ) | |
| Defendant. ) | |

On December 21, 2016, the parties filed what the court construes as a stipulation to amend the scheduling/discovery order. The court **ADOPTS** the parties' stipulation (Docket No. 32) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until April 3, 2017 to complete fact discovery, and to file non-dispositive and threshold motions.

2. The Plaintiff shall provide the names of expert witnesses and complete reports by March 24, 2017, and the Defendant shall provide the names of expert witnesses and complete reports by April 21, 2017. Reports are to be served on other parties, but not filed with the court.

3. The parties shall have until May 5, 2017, to complete discovery depositions of expert witnesses, and to file other dispositive motions and motion for summary judgment.

**IT IS SO ORDERED.**

Dated this 28th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court